■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES FAZIO, Appellant.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order and mandate of commitment of Erie Supreme Court adjudging James Fazio to be guilty of criminal contempt of court.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ In the Matter of the Arbitration between STRAIGHT LINE FOUNDRY & MACHINE CORPORATION, Appellant, and JOSEPH WOJCIK et al., Respondents.— Order unanimously affirmed, with $10 costs and disbursements. (Appeal from order of Onondaga Special Term denying stay of arbitration proceedings under a labor contract.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ BANK OF UTICA, Respondent, v. R. E. MORSE, Appellant.— Judgment unanimously affirmed, with costs. (Two appeals from judgment of Oneida County Court for plaintiff in an action by an assignee to recover the amount alleged to be due as part of the reasonable value and agreed price of merchandise sold and delivered.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ ROBERT V. Z. KEEHN, Appellant, v. SUZANNE A. KEEHN, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Ontario Supreme Court directing plaintiff to pay temporary alimony and counsel fees and directing that defendant have possession and use of the home occupied by her and owned by plaintiff, in an action for absolute divorce.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ JOHN J. HOFFMAN, Appellant, v. JOSEPH F. PIECUCH et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOVELL LANDERS, JR., Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WEAVER, Appellant.— Motion granted to prosecute appeal on certified copy of judgment roll, five copies of typewritten brief, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD EDWARD MATSON, Appellant.— Motion to prosecute as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR ROBINSON, Appellant.— Motion to prosecute appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.